# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES WILSON, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-18-1109-F |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff James Wilson brings this action seeking judicial review of the Social Security Administration's denial of disability insurance payments. Magistrate Judge Bernard M. Jones issued a Report and Recommendation on August 13, 2019 (doc. no. 21, the Report), recommending the court reverse the Commissioner's decision and remand for further administrative proceedings. The Report advised the parties of their right to file written objections to the Report by August 27, 2019. The Report also advised that failure to make timely objection to the Report waives appellate review of the factual and legal issues addressed in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **REVERSED**, and this matter is **REMANDED** for further proceedings consistent with the Report.

IT IS SO ORDERED this 28th day of August, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-1109p001.docx